UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANGEL MORALES HERNANDEZ,

vs.

M. S. EVANS,

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:06-CV-318 OWW LJO HC

FILED JAN 23 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____

_____

_____

_____

__X__   Denied for the following reason:
        TIME BARRED PETITION

_____

_____

_____

Dated: 1-19-07

/s/ Oliver W. Wanger
OLIVER W. WANGER
United States District Judge